**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
L.S., individually and on behalf of D.P.,

                    Plaintiff,

-against-                                           22 **CIVIL** 10835 (CS)

                                                                    **<u>JUDGMENT</u>**

UNION FREE SCHOOL DISTRICT OF THE
TARRYTOWNS, also known as PUBLIC SCHOOLS OF
THE TARRYTOWNS, PUBLIC SCHOOLS OF THE
TARRYTOWNS' BOARD OF EDUCATION, and
CHRISTOPHER BORSARI, in his official capacity as
Superintendent of Public Schools of the Tarrytowns,

                    Defendants.
-----------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 29, 2024, because SRO II appropriately found that the District offered D.P. a FAPE for the 2018-2018 and 2019-2020 school years, Defendants' motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      April 30, 2024

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                      **Deputy Clerk**